UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH L. MITCHELL,<br><br>                                   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>                                  Defendant. | Case No.: 2:13-cv-01208-RFB-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 18) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 23, 2014.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by August 9, 2014.  No objections have been filed.  The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that (ECF No. 14) Cross Motion to Affirm Agency's Decision be GRANTED and (ECF No. 13) Motion to Remand to Social Security Administration be DENIED.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 18) is **ACCEPTED and ADOPTED in full.**  (ECF No. 14) Cross Motion to Affirm Agency's Decision be GRANTED and (ECF No. 13) Motion to Remand to Social Security Administration be DENIED.

**The Clerk shall enter judgment accordingly and close the case.**

**DATED** this 21st day of November, 2014.

_____
RICHARD F. BOULWARE II
United States District Court Judge